# 884    CASES REPORTED WITH BRIEF SYLLABI.

PANY, Respondent. ALBERT MASSEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ERNST BEHRE and Others, Plaintiffs, v. SECOND RUSSIAN INSURANCE COMPANY, Respondent. ALBERT MASSEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy and Proskauer, JJ.

In the Matter of the Application of IMPROVEMENT CONSTRUCTION Co., INC., Respondent, for an Order Directing that the Arbitration Provided for in Certain Agreements in Writing Entered into between the Petitioner and ACTIVE WET WASH LAUNDRY Co., INC., Appellant, etc., Proceed Pursuant to the Provisions Thereof and of the Arbitration Law.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EMMA CRAGIN, Respondent, v. WILLIAM B. CRAGIN, Appellant.— Order modified by reducing the sum allowed to the plaintiff to defray the expenses of the appeals from the judgment and order to the sum of $350, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of PATRICK LAHART, as Administrator, etc., of ANNA LAHART, Deceased, Respondent, against CHARLES W. BERRY, as Comptroller of the City of New York, and JAMES J. WALKER, as Mayor of the City of New York, Appellants.— Order modified by directing that the defendants sign and countersign a warrant for the payment to the petitioner, as administrator, of a sum which shall be the difference between $18,681.91, with interest thereon calculated at six per cent per annum from March 30, 1925, to date of delivery of said warrant, and the sum of $6,000, with interest thereon calculated at six per cent from September 21, 1927, to the date of delivery of said warrant; and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES A. GATES, Respondent, v. WILLIAM J. O'TOOLE STEVEDORING CORPORATION, Appellant, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion granted to strike out the last two paragraphs of the order dated February 6, 1928, without prejudice to a motion by plaintiff for a preference. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JORAY HOLDING Co., INC., Appellant, v. GOLD THEATRE CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISIDORE ROSENBLATT v. E. A. WHITE ORGANIZATION, INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PAUL E. LEHMAN and Another v. JACOB RUDIN.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ESTHER CHESLOW v. SAM GLICKMAN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISIDORE SCHEINBERG and Others v. BEATRICE SCHEINBERG, Impleaded, etc.—

App. Div.] First Department, May, 1928.

Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DONALD F. LOFTUS v. W. E. THEATRE CORPORATION, Sued Herein as WEST END THEATRE CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ESTHER LEHR v. HARRIS SARASON, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ESTHER LEHR v. HARRIS SARASON, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BRESCIA CONSTRUCTION COMPANY, INC., v. SURVEL REALTY CORPORATION and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BRESCIA CONSTRUCTION COMPANY, INC., v. SURVEL REALTY CORPORATION and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NELLIE T. McAVOY, as Executrix, etc., of FRANCIS S. McAVOY, Deceased, v. SIDNEY C. SCHRAMME and Others, and INWOOD LAND & IMPROVEMENT COMPANY, INC., Appellant.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch and Proskauer, JJ.

In the Matter of the Application of RIVERSIDE ST. CLAIR CORPORATION against WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals of the City of New York, and ELIZABETH REED, as Sole Executrix, etc., of CHARLES H. REED, Deceased, Intervening.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HYMAN J. SIEGELTUCH v. METROPOLITAN LIFE INSURANCE COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LEWIS A. GRAYDON v. NATIONAL SURETY COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ABRAHAM BERGMAN v. THE PUBLIC NATIONAL BANK.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HERBERT C. ANSORGE and Others v. LOUIS SELBER and Others.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN R. THOMPSON CO., INC., a Domestic Corporation v. HAROLD T. JOYCE.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANTHONY J. VALICENTI v. LIBERTY MUTUAL INSURANCE COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ABRAHAM BARTH v. DYAL PRODUCE CORPORATION, a New York Corporation.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GEORGE A. HOPKINS v. WILH. GERSIE.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, OF LONDON,